MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage, LLC,
      Plaintiff/Counter-Defendant,

Case No. 2:22-cv-10228-JEL-EAS

v.

Judge Judith E. Levy

Magistrate Judge Elizabeth A. Staffor

America's Moneyline, Inc.
      Defendant/Counter-Plaintiff.
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __America's Moneyline, Inc.__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❑      No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❑      No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: February 25, 2022

/s/ Jeffrey B. Morganroth
Signature
P41670
Bar No.
344 North Old Woodward Avenue, Suite 200
Street Address
Birmingham, MI 48009
City, State, Zip Code
248-864-4000
Telephone Number
jmorganroth@morganrothlaw.com
Primary Email Address