# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>*Defendant/Counter-Plaintiff*. | Case No. 22-cv-10228<br><br>Hon. Laurie J. Michelson |

### STIPULATION TO EXTEND UNITED WHOLESALE MORTGAGE'S DEADLINE TO ANSWER THE COUNTER-COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that United Wholesale Mortgage, LLC's deadline to answer America's Moneyline, Inc.'s ("AML") Counter-Complaint (ECF No. 7, PageID.59-PageID.86) is adjourned to the 14th day following the Court's ruling on AML's response to the Court's Order for America's Moneyline, Inc. to Show Cause (ECF No. 15).

Dated: December 27, 2022

By: */s/ Mahde Y. Abdallah*
William E. McDonald, III (P76709)
Roger P. Meyers (P73255)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
meyers@bsplaw.com
abdallah@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

Respectfully submitted,

By: */s/ Jeffrey B. Morganroth*
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
Morganroth & Morganroth, PLLC
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com

Matthew D. Novello (P63269)
Novello & Associates, PC
3542 Lakeview Drive
Highland, MI 48356
mnovello@novellolawfirm.com

*Attorneys for America's Moneyline, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>*Defendant/Counter-Plaintiff.* | Case No. 22-cv-10228<br><br>Hon. Laurie J. Michelson |

### ORDER EXTENDING UNITED WHOLESALE MORTGAGE'S DEADLINE TO ANSWER THE COUNTER-COMPLAINT

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that United Wholesale Mortgage, LLC's deadline to answer America's Moneyline, Inc.'s ("AML") Counter-Complaint (ECF No. 7, PageID.59-PageID.86) is adjourned to the 14th day following the Court's ruling on AML's response to the Court's Order for America's Moneyline, Inc. to Show Cause (ECF No. 15).

SO ORDERED.

Dated: January 5, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE