# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>*Defendant/Counter-Plaintiff*. | Case No. 22-cv-10228<br><br>Hon. Laurie J. Michelson |

## STIPULATION TO EXTEND UNITED WHOLESALE MORTGAGE'S DEADLINE TO ANSWER THE COUNTER-COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that United Wholesale Mortgage, LLC's ("UWM") deadline to respond to America's Moneyline, Inc.'s ("AML") Counter-Complaint is adjourned to the 14th day following AML's filing of an amended Counter-Complaint. AML has informed UWM that it plans to seek leave to amend its counter-complaint. Though UWM concurs in allowing AML leave to file an amended Counter-Complaint, UWM reserves all rights with respect to its response to any amended claims, including its ability to file any appropriate motion to dismiss.

| | |
|---|---|
| Dated: January 24, 2023 | Respectfully submitted, |
| By: */s/ A. Lane Morrison*<br>William E. McDonald, III (P76709)<br>Roger P. Meyers (P73255)<br>Mahde Y. Abdallah (P80121)<br>**BUSH SEYFERTH PLLC**<br>100 West Big Beaver Road, Suite 400<br>Troy, MI 48084<br>T/F: (248) 822-7800<br>mcdonald@bsplaw.com<br>meyers@bsplaw.com<br>abdallah@bsplaw.com<br><br>A. Lane Morrison<br>**BUSH SEYFERTH PLLC**<br>5810 Wilson Road, Suite 125<br>Humble, TX 77396<br>T/F: (281) 930-6853<br>morrison@bsplaw.com<br><br>*Attorneys for United Wholesale Mortgage, LLC* | By: */s/ Jeffrey B. Morganroth*<br>Jeffrey B. Morganroth (P41670)<br>Jason R. Hirsch (P58034)<br>Morganroth & Morganroth, PLLC<br>344 N. Old Woodward Ave., Suite 200<br>Birmingham, MI 48009<br>(248) 864-4000<br>jmorganroth@morganrothlaw.com<br>jhirsch@morganrothlaw.com<br><br>Matthew D. Novello (P63269)<br>Novello & Associates, PC<br>3542 Lakeview Drive<br>Highland, MI 48356<br>mnovello@novellolawfirm.com<br><br>*Attorneys for America's Moneyline, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>*Defendant/Counter-Plaintiff*. | Case No. 22-cv-10228<br><br>Hon. Laurie J. Michelson |

## ORDER EXTENDING UNITED WHOLESALE MORTGAGE'S DEADLINE TO ANSWER THE COUNTER-COMPLAINT

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that United Wholesale Mortgage, LLC's deadline to respond to America's Moneyline, Inc.'s ("AML") Counter-Complaint is adjourned to the 14th day following AML's filing of any amended Counter-Complaint.

**SO ORDERED.**

Dated: January 26, 2023

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
UNITED STATES DISTRICT JUDGE
