## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,
a Michigan Limited Liability Company,

           Plaintiff/Counter-Defendant         Case No. 22-cv-10228
                                               Hon. Laurie J. Michelson
                v.                      Mag. J. Elizabeth A. Stafford

AMERICA'S MONEYLINE, INC., a
California Company,

           Defendant/Counter-Plaintiff.

_____/

### UNITED WHOLESALE MORTGAGE, LLC'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff United Wholesale Mortgage, LLC submits as supplemental authority the recent Report and Recommendation in *Okavage Grp., LLC v. United Wholesale Mortg., LLC*, No. 3:21-CV-448-WWB-LLL (M.D. Fla. Feb. 6, 2024), attached as Exhibit A, in which Magistrate Judge Laura Lothman Lambert once again rejected the state and federal antitrust claims relating to the Addendum to those plaintiffs' Wholesale Broker Agreement arising from UWM's "All-In Initiative." UWM submits this supplemental authority in support of its Motion to Dismiss America's Moneyline, Inc.'s Amended Counterclaim, which asserts claims like those now-twice-rejected claims in *Okavage*. *See* ECF No. 27, PageID.401–79.

1

Respectfully submitted,

Dated: February 20, 2024

By: */s/ Moheeb H. Murray*

Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road
Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison (TX 24122924)
**BUSH SEYFERTH PLLC**
5810 Wilson Road
Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*