IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>*Defendant/Counter-Plaintiff.* | Case No. 22-cv-10228<br><br>Hon. Laurie J. Michelson |

# DEFENDANT/COUNTER-PLAINTIFF'S RESPONSE TO PLAINTIFF/COUNTER-DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

In response to the Notice of Supplemental Authority filed by United Wholesale Mortgage, LLC ("UWM") (ECF No. 33), Defendant/Counter-Plaintiff America's Moneyline, Inc. ("AML") states as follows:

The Report and Recommendation filed by UWM was objected to by the Plaintiff in that case, The Okavage Group, LLC ("Okavage"). Those objections are attached hereto as Exhibit A.

The Middle District of Florida has not yet acted on those objections or on the Report and Recommendation.

Respectfully submitted,

Dated: March 11, 2024

By: /s/Jeffrey Morganroth (w/permission)
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
**MORGANROTH & MORGANROTH, PLLC**
344 North Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com

By: /s/Matthew D. Novello (w/permission)
Matthew D. Novello (P63269)
**NOVELLO & ASSOCIATES, PC**
3542 Lakeview
Highland, Michigan 48356
mnovello@novellolawfirm.com

By: /s/David A. Ettinger
David A. Ettinger (P26537)
**HONIGMAN LLP**
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

55172321.3

(313) 465-7368
DEttinger@honigman.com


*Attorneys for Defendant/Counter-Plaintiff, AML*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>*Defendant/Counter-Plaintiff.* | Case No. 22-cv-10228<br><br>Hon. Laurie J. Michelson |

**BRIEF FORMAT CERTIFICATION FORM**

I, David A. Ettinger, hereby certify that the foregoing brief complies with Eastern District of Michigan Local Rules 5.1(a), 5.1.1, and 7.1 and Judge Michelson's Case Management Requirements. In particular, I certify that each of the following is true (click or check box to indicate compliance):

- ☒ the brief contains a statement regarding concurrence, *see* LR 7.1(a);
- ☒ the brief, including footnotes, uses 14-point font, *see* LR 5.1(a)(3);
- ☒ the brief contains minimal footnotes and, in all events, no more than 10, *see* Case Management Requirements § III.A;
- ☒ the brief and all exhibits are searchable .pdfs, *see* Case Management Requirements § III.A;
- ☒ the brief is double spaced (except for footnotes and necessary block quotes) with one-inch margins, *see* LR 5.1(a)(2);
- ☒ deposition transcripts have been produced in their entirety and not in minuscript, *see* Case Management Requirements § III.A;
- ☒ if the brief and exhibits total 50 pages or more, a courtesy copy with ECF headers will be sent to chambers, *see* Case Management Requirements § III.B.

55172321.3

2

I also acknowledge that if the Court later finds that these requirements are not met, my brief will be stricken.

| | |
|---|---|
| Dated: March 11, 2024 | /s/David A. Ettinger<br>David A. Ettinger (P26537) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, a true and accurate copy of AML's Response to UWM's Notice of Supplemental Authority was served upon counsel of record via the CM/ECF electronic filing system.

Dated: March 11, 2024              /s/David A. Ettinger
                                   David A. Ettinger (P26537)

55172321.3