# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>    *Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.<br><br>    *Defendant*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

### UNITED WHOLESALE MORTGAGE, LLC'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

United Wholesale Mortgage, LLC submits as supplemental authority two recent orders in *Okavage Grp., LLC v. United Wholesale Mortg., LLC*, No. 3:21-CV-448-WWB-LLL (M.D. Fla.). On September 18, Magistrate Judge Lambert denied plaintiff's request for leave to file a second supplemental complaint based on content in a report by Hunterbrook Capital. *See* Ex. A; *see also* ECF No. 41, PageID.680–764 (citing the same Hunterbrook Report in support of America's Moneyline Inc.'s Motion for Leave to File Supplemental Counterclaim). On September 23, District Judge Berger adopted Magistrate Judge Lambert's earlier report and recommendation granting UWM's motion to dismiss plaintiff's first supplemental complaint and directed the clerk to "terminate all other pending motions and close th[e] case." *See* Ex. B. UWM submits this supplemental authority

1

in support of its opposition to AML's Motion for Leave to File Supplemental Counterclaim. *See* ECF No. 43, PageID.766–89.

Dated: September 26, 2024.                    Respectfully submitted,

By: */s/ Moheeb H. Murray*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road
Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison (P87427)
**BUSH SEYFERTH PLLC**
5810 Wilson Road
Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

2