# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC, a Michigan Limited Liability Company,

    Plaintiff,

v.

AMERICA'S MONEYLINE, INC., a California Company,

    Defendant.

Case No. 22-cv-10228
Hon. Laurie J. Michelson

_____/

| | |
|---|---|
| WILLIAM E. McDONALD III (P76709) | JEFFREY B. MORGANROTH (P41670) |
| ROGER P. MEYERS (P73255) | JASON R. HIRSCH (P58034) |
| MAHDE Y. ABDALLAH (P80121) | MORGANROTH & MORGANROTH, PLLC |
| LANE MORRISON | Attorneys for Defendant |
| MOHEEB H. MURRAY (P63893) | 344 North Old Woodward Avenue, Suite 200 |
| BUSH SEYFERTH PLLC | Birmingham, Michigan 48009 |
| Attorneys for Plaintiff | (248) 864-4000 |
| 100 W. Big Beaver Road, Suite 400 | jmorganroth@morganrothlaw.com |
| Troy, Michigan 48084 | jhirsch@morganrothlaw.com |
| (248) 822-7800 | |
| mcdonald@bsplaw.com | DAVID A. ETTINGER (P26537) |
| meyers@bsplaw.com | Co-Counsel for Defendant |
| abdallah@bsplaw.com | HONIGMAN LLP |
| morrison@bsplaw.com | 660 Woodward Avenue, Suite 2290 |
| murray@bsplaw.com | Detroit, MI 48226 |
| | (313) 465-7368 |
| | DEttinger@honigman.com |

_____/

## DEFENDANT'S PRELIMINARY FACT WITNESS LIST

Defendant, America's Moneyline, Inc. ("AML"), by and through its attorneys, hereby submits its Preliminary Fact Witness List as follows:

**Expect to Testify**

1. Shawn Nevin, may be contacted through AML's counsel

2. Dean Lob, may be contacted through AML's counsel

3. Chris Ortigoza, may be contacted through AML's counsel

4. David Kennedy, may be contacted through AML's counsel

5. Bushra Salman, may be contacted through AML's counsel

6. Patrick Scanlan, may be contacted through AML's counsel

7. Rufugio Gomez, may be contacted through AML's counsel

8. Lou Montaino, may be contacted through AML's counsel

9. Derek Torok, may be contacted through AML's counsel

10. Bryan Miller, representative of Plaintiff

11. Scott Welty, representative of Plaintiff

12. Adam Wolfe, representative of Plaintiff

13. Mat Ishbia, representative of Plaintiff

**May Call if Needed**

14. Joe Shalaby, EMortage Capital, 18071 Fitch Ste. 200, Irvine, CA 92614, (855) 569-3700

1

15. Robb Fordham, First Colony Mortgage, 2100 W. Pleasant Grove Blvd., Suite 100, Pleasant Grove, UT 84062, 801-226-7456

16. Geoff Samet, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

17. Mike Fawaz, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

18. Austin Niemiec, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

19. Bob Walters, c/o Shawn Solon, Esq., 1050 Woodward Avenue, Detroit, MI 48226 shawnsolon@rocketcompanies.com

20. Sy Gulati, Loan United Wholesale, 3235 Satellite Blvd, Suite 314, Duluth, GA 30096, 800-303-0060

21. Agents and representatives of Atlantic Trust, may be contacted through AML's counsel

22. Agents and representatives Kevron, contact information unknown

23. Agents and representatives of District Lending, may be contacted through AML's counsel

24. Agents and representatives of Midland Funding, contact information unknown

25. Agents and representatives of Okavage Group, contact information unknown

26. Agents and representatives of Hunterbrook Media, contact information unknown

27. Agents and representatives of any other broker alleged to have violated the All-In Addendum, contact information unknown

28. Any and all witnesses listed by any other party

29. Any and all witnesses necessary in order to authenticate AML's exhibits

30. Any and all witnesses whose identity is established through subsequent discovery

31. Any and all impeachment and/or rebuttal witnesses

32. AML reserves the right to supplement and/or amend this preliminary fact witness list as discovery progresses in this action

33. AML reserves the right to amend this preliminary fact witness list in order to correct any typographical, spelling, clerical, and identification errors which may be present and are later discovered.

        Respectfully submitted,

        /s/ Jeffrey B. Morganroth
        JEFFREY B. MORGANROTH (P41670)
        JASON R. HIRSCH (P58034)
        MORGANROTH & MORGANROTH, PLLC
        Attorneys for AML
        344 North Old Woodward Avenue, Suite 200
        Birmingham, Michigan 48009
        (248) 864-4000
        jmorganroth@morganrothlaw.com
        jhirsch@morganrothlaw.com

        DAVID A. ETTINGER (P26537)
        Co-Counsel for AML
        HONIGMAN LLP
        660 Woodward Avenue, Suite 2290
        Detroit, MI 48226
        (313) 465-7368

Dated: September 27, 2024        DEttinger@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically served the foregoing paper upon counsel of record via the Court's ECF system.

                                      MORGANROTH & MORGANROTH, PLLC

                                      By: /s/ Jason R. Hirsch
                                      JEFFREY B. MORGANROTH (P41670)
                                      JASON HIRSCH (P58034)
                                      Attorneys for AML
                                      344 N. Old Woodward Ave., Suite 200
                                      Birmingham, MI 48009
                                      (248) 864-4000
                                      Email: jhirsch@morganrothlaw.com