# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.<br><br>*Defendant*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## **PLAINTIFF UNITED WHOLESALE MORTGAGE, LLC'S WITNESS LIST**

Plaintiff United Wholesale Mortgage, LLC submits the following witness list:

1. Past and current representatives of United Wholesale Mortgage, LLC, including, but not limited to:

    a. Heather Demy;

    b. Sarah DeCiantis;

    c. Scott Welty; and

    d. Bryan Miller.

2. Past and current representatives of America's Moneyline, Inc., including, but not limited to:

    a. Shawn J. Nevin;

    b. Dean C. Lob;

1

c. Spencer D. Franz;

d. Jeffrey L. Bertonneau;

e. John G. Nation;

f. Rafael Espinosa Pimentel;

g. Alan Peter Attardo;

h. Kenneth L. Howard;

i. Derek S. Torok;

j. Louis Montaino;

k. Gilbert Duran;

l. Bradford J. Warren;

m. David H. Castle;

n. Nasser Saadati;

o. Rufugio P. Gomez, Jr.;

p. Erick C. Reyes;

q. Jose J. Perez;

r. Keith David;

s. Roman Stavchansky;

t. Patrick Scanlan;

u. Sean Minahan;

v. Eric Cisneros;

  w. Chris Ortigoza;

  x. Bushra Salman;

  y. Eric Jensen; and

  z. Troy O. Ditzler.

3. Past and current representatives, including custodian(s) of records, of Mortgage Moneyline, Inc.

4. Past and current representatives, including custodian(s) of records, of Rocket Mortgage. "Rocket Mortgage" means Rocket Mortgage, LLC and any of its affiliates, predecessors (such as Quicken Loans, Inc., Quicken Loans, LLC, or other Quicken-affiliated companies), parents (such as Rocket Companies, Inc. and its subsidiaries or affiliated companies), or subsidiaries.

5. Past and current representatives, including custodian(s) of records, of Fairway Independent Mortgage. "Fairway Independent Mortgage" means Fairway Independent Mortgage Corporation and any of its affiliates, predecessors, parents, or subsidiaries.

6. Any persons who become known through discovery, including those identified in any interrogatories, discovery requests or responses to discovery requests, documents produced prom any source, deposition testimony, motions and briefs, or pleadings.

7. Any person identified between now and the start of trial, including, but not limited to, any person identified in records not yet produced.

8. Any individuals who are deposed in this case.

9. Any witnesses necessary to identify or authenticate documents.

10. Any rebuttal witnesses.

UWM reserves the right to amend its witness list up to the time of trial.

Dated: September 27, 2024       Respectfully submitted,

By: */s/ Moheeb H. Murray*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison (P87427)
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

4