<3>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC, a Michigan Limited Liability Company,

    Plaintiff,

v

                            Case No. 22-cv-10228
                            Hon. Laurie J. Michelson

AMERICA'S MONEYLINE, INC., a California Company,

    Defendant.

_____/

| | |
|---|---|
| WILLIAM E. McDONALD III (P76709) | JEFFREY B. MORGANROTH (P41670) |
| ROGER P. MEYERS (P73255) | JASON R. HIRSCH (P58034) |
| MAHDE Y. ABDALLAH (P80121) | MORGANROTH & MORGANROTH, PLLC |
| LANE MORRISON | Attorneys for Defendant |
| MOHEEB H. MURRAY (P63893) | 344 North Old Woodward Avenue, Suite 200 |
| BUSH SEYFERTH PLLC | Birmingham, Michigan 48009 |
| Attorneys for Plaintiff | (248) 864-4000 |
| 100 W. Big Beaver Road, Suite 400 | jmorganroth@morganrothlaw.com |
| Troy, Michigan 48084 | jhirsch@morganrothlaw.com |
| (248) 822-7800 | |
| mcdonald@bsplaw.com | DAVID A. ETTINGER (P26537) |
| meyers@bsplaw.com | Co-Counsel for Defendant |
| abdallah@bsplaw.com | HONIGMAN LLP |
| morrison@bsplaw.com | 660 Woodward Avenue, Suite 2290 |
| murray@bsplaw.com | Detroit, MI 48226 |
| | (313) 465-7368 |
| | DEttinger@honigman.com |

_____/

# INDEX OF EXHIBITS TO:
## DEFENDANT, AMERICA'S MONEYLINE, INC.'S, BRIEF IN OPPOSITION TO UNITED WHOLESALE MORTGAGE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 54]

Exhibit 1.   Affidavit of Shawn Nevin

Exhibit 2.   Affidavit of Dean Lob

Exhibit 3.   March 17, 2021 Email from UWM

Exhibit 4.   May 14, 2021 Email from UWM Renewals

Exhibit 5.   June 1, 2021 Email from Dean Lob to Shawn Nevin

Exhibit 6.   June 4, 2021 Email from UWM Renewals

Exhibit 7.   June 15, 2021 Renewal Complete

Exhibit 8.   August 11, 2021 Email from Scott Welty

Exhibit 9.   December 14, 2021 Letter from William E. McDonald

Exhibit 10.  August 6, 2024 Email from Jason Hirsch

Exhibit 11.  Defendant's First Set of Interrogatories to Plaintiff

Exhibit 12.  Defendant's First Request for the Production of Documents to Plaintiff

Exhibit 13.  October 22, 2024 Letter from Jason Hirsch

Exhibit 14.  November 27, 2024 Letter from Mahde Abdallah

Exhibit 15.  MMI Data for Top Mortgage LLC

Exhibit 16.  MMI Data for Arboretum Mortgage Corp.

Exhibit 17.  MMI Data for Compass Lending Inc.