# Exhibit 8



**From:** Scott Welty <swelty@uwm.com>
**Sent:** Wednesday, August 11, 2021 6:11 AM
**To:** Shawn Nevin <Shawn.Nevin@Myaml.com>; Dean Lob <Dean.Lob@Myaml.com>
**Subject:** Account Visit Thursday 10/12/21

Morning Team,

Hope you're both having a wonderful week so far!

Looking forward to visiting with you guys and the team on Thursday. It's been so long since we were able to catch up, so should be a great meeting!

Did you guys have a preferred time?  I have to be back in San Diego around 5, so need to plan a little drive time to accommodate for that.

I really appreciate your partnership and looking forward to reconnecting!

Thanks,


 

**SCOTT WELTY   Senior Key Account Executive**
p 800.981.8898 Ext.4183
m 734-637-6852
uwm.com

YOUNITED TO MAKE LENDING EASY
We are passionate about great service. Please share your feedback on what we're doing well and where we can improve.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

AML 000138