# Exhibit 17

LOAN ASSIGNMENT INDUSTRY PARTNERSHIP TO MARKETSHARE

Showing 1 to 7 of 7 entries

| LENDER | LOS | VOLUME | TRANS COUNT | MARKETSHARE |
|---|---|---|---|---|
| UNITED WHOLESALE MORTGAGE | VIEW | 28,416,285 | 113 | 61.14 |
| ROCKET MORTGAGE LLC | VIEW | 12,634,932 | 49 | 27.19 |
| CHANGE LENDING LLC | VIEW | 2,777,450 | 6 | 5.98 |
| TOWNE MORTGAGE CO | VIEW | 887,484 | 3 | 1.91 |
| DEEPHAVEN MORTGAGE LLC | VIEW | 750,800 | 3 | 1.62 |
| PLAZA HOME MORTGAGE INC | VIEW | 616,706 | 3 | 1.33 |
| THE LOAN STORE INC | VIEW | 391,737 | 1 | 0.84 |