# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,<br><br>*Defendants*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

**STIPULATION EXTENDING PLAINTIFF UNITED WHOLESALE MORTGAGE, LLC'S DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that Plaintiff United Wholesale Mortgage, LLC's ("UWM") deadline to file a reply brief in support of its Motion for Partial Summary Judgment (ECF No. 54) is adjourned to March 28, 2025.

| | |
|---|---|
| Dated: March 13, 2025 | Respectfully submitted, |

/s/ *Mahde Y. Abdallah*  
Moheeb H. Murray (P63893)  
William E. McDonald, III (P76709)  
Mahde Y. Abdallah (P80121)  
**BUSH SEYFERTH PLLC**  
100 West Big Beaver Road, Suite 400  
Troy, MI 48084  
T/F: (248) 822-7800  
murray@bsplaw.com  
mcdonald@bsplaw.com  
abdallah@bsplaw.com  

A. Lane Morrison (P87427)  
**BUSH SEYFERTH PLLC**  
5810 Wilson Road, Suite 125  
Humble, TX 77396  
T/F: (281) 930-6853  
morrison@bsplaw.com  
*Attorneys for United Wholesale Mortgage, LLC*

/s/ *Jason R. Hirsch (w/consent*)  
Jeffrey B. Morganroth (P41670)  
Jason R. Hirsch (P58034)  
**MORGANROTH & MORGANROTH, PLLC**  
344 N. Old Woodward Ave., Suite 200  
Birmingham, MI 48009  
(248) 864-4000  
jmorganroth@morganrothlaw.com  
jhirsch@morganrothlaw.com  

*Attorneys for America's Moneyline, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,<br><br>    *Defendants*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER EXTENDING PLAINTIFF UNITED WHOLESALE MORTGAGE, LLC'S DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF ITS <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff United Wholesale Mortgage, LLC's ("UWM") deadline to file a reply brief in support of its Motion for Partial Summary Judgment (ECF No. 54) is adjourned to March 28, 2025.

**SO ORDERED.**

Date: March 13, 2025

s/Laurie J. Michelson
Hon. Laurie J. Michelson
United States District Court Judge