IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB, <br><br> *Defendants*. | Case No. 2:22-cv-10228 <br><br> Honorable Laurie J. Michelson <br> Magistrate Judge Elizabeth A. Stafford |

**STIPULATION EXTENDING PLAINTIFF UNITED WHOLESALE MORTGAGE, LLC'S DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that Plaintiff United Wholesale Mortgage, LLC's ("UWM") deadline to file a reply brief in support of its Motion for Partial Summary Judgment (ECF No. 54) is adjourned to April 4, 2025.

| | |
|---|---|
| Dated: March 26, 2025 | Respectfully submitted, |
| */s/ Mahde Y. Abdallah* <br> Moheeb H. Murray (P63893) <br> William E. McDonald, III (P76709) <br> Mahde Y. Abdallah (P80121) <br> **BUSH SEYFERTH PLLC** <br> 100 West Big Beaver Road, Suite 400 <br> Troy, MI 48084 <br> T/F: (248) 822-7800 <br> murray@bsplaw.com <br> mcdonald@bsplaw.com <br> abdallah@bsplaw.com <br><br> A. Lane Morrison (P87427) <br> **BUSH SEYFERTH PLLC** <br> 5810 Wilson Road, Suite 125 <br> Humble, TX 77396 <br> T/F: (281) 930-6853 <br> morrison@bsplaw.com <br> *Attorneys for United Wholesale Mortgage, LLC* | */s/ Jason R. Hirsch (w/consent)* <br> Jeffrey B. Morganroth (P41670) <br> Jason R. Hirsch (P58034) <br> **MORGANROTH & MORGANROTH, PLLC** <br> 344 N. Old Woodward Ave., Suite 200 <br> Birmingham, MI 48009 <br> (248) 864-4000 <br> jmorganroth@morganrothlaw.com <br> jhirsch@morganrothlaw.com <br><br> *Attorneys for America's Moneyline, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,<br><br>*Defendants*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER EXTENDING PLAINTIFF UNITED WHOLESALE MORTGAGE, LLC'S DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff United Wholesale Mortgage, LLC's ("UWM") deadline to file a reply brief in support of its Motion for Partial Summary Judgment (ECF No. 54) is adjourned to April 4, 2025.

**SO ORDERED.**

Date: March 24, 2025

s/Laurie J. Michelson
Hon. Laurie J. Michelson
United States District Court Judge