# *EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,<br><br>*Defendants.* | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## **DECLARATION OF SARAH DECIANTIS**

I, Sarah DeCiantis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and am otherwise competent to make the statements in this declaration.

2. I am the Chief Marketing Officer at United Wholesale Mortgage, LLC ("UWM").

3. I make this declaration based on my personal knowledge or knowledge based upon business records that are regularly maintained by UWM or its affiliates. Such business records are made at or near the time of the event recorded therein by, or from information transmitted by, a person with knowledge. Further, such business records are kept in the course of regularly conducted business activity of UWM and

it is the regular practice of UWM to make such business records. I routinely rely on such business records in the usual course of my business activity.

4. The Wholesale Broker Agreement attached as Exhibit B to UWM's First Amended Complaint, ECF No. 60-2, was deployed to UWM's mortgage-broker partners, including Defendant America's Moneyline, Inc., via UWM's EASE system on October 21, 2021.

5. If sworn as a witness, I can testify competently to the facts in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 2, 2025

_____
Sarah DeCiantis