UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC.,<br><br>  Defendant. | Case No. 22-10228<br>Honorable Laurie J. Michelson |

**ORDER DENYING AMERICA'S MONEYLINE, INC.'S MOTION TO DISMISS [65]**

On March 7, 2025, United Wholesale Mortgage, LLC, filed an amended complaint (ECF No. 60), following this Court's order granting it leave to amend (ECF No. 56). Over a month later, America's Moneyline, Inc., filed a motion to dismiss UWM's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 65). That motion is untimely. *See* Fed. R. Civ. P. 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."); *see also Thomas v. Noder-Love*, 621 F. App'x 825, 829 (6th Cir. 2015) (citing Fed. R. Civ. P. 15(a)(3)). Further, AML's motion to dismiss raises identical issues as addressed in this Court's recent opinions in *United Wholesale Mortgage, LLC v. Madison Atrena LLC d/b/a District Lending*, No. 23-13176, 2025 WL 968897 (E.D. Mich. Mar. 31, 2025), and *United Wholesale Mortgage, LLC v. Kevron Investments, Inc.*, No. 22-10395, 2025 WL 968895 (E.D.

Mich. Mar. 31, 2025), which are hereby incorporated and adopted in full. *See generally District Lending*, 2025 WL 968897 (rejecting broker's same challenges to UWM's amendment of Wholesale Broker Agreement under Sections 7.01 and 7.08 and identical lack of consideration argument); *Kevron Invs.*, 2025 WL 968895 (rejecting broker's same arguments that liquidated damages provision is unenforceable because UWM failed to show actual damages). *See also United Wholesale Mortg., LLC v. Atl. Tr. Mortg. Corp.*, No. 24-10216, 2025 WL 907883 (E.D. Mich. Mar. 25, 2025).

Accordingly, the Court DENIES America's Moneyline, Inc.'s motion to dismiss (ECF No. 65).

SO ORDERED.

Dated: April 10, 2025

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE