# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,<br><br>*Defendants*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATED SECOND AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, to accommodate the parties' schedules during the holidays and to complete fact and expert discovery, that the Amended Scheduling Order [ECF No. 74] entered "for the parties to engage in fact and expert discovery on the remaining alter ego liability and fraudulent conveyance issues" be adjourned 30 days as set forth below, with all other requirements of the Order remaining the same:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | December 17, 2025 | January 16, 2026 |
| Defendant's Expert Disclosures | January 16, 2026 | February 16, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | January 23, 2026 | February 23, 2026 |
| Fact and Expert Discovery Completed | February 23, 2026 | March 25, 2026 |

| | |
|---|---|
| Dated: November 26, 2025 | Respectfully submitted, |

/s/ Mahde Y. Abdallah              /s/ Jason R. Hirsch (w/consent)
Moheeb H. Murray (P63893)          Jeffrey B. Morganroth (P41670)
William E. McDonald, III (P76709)  Jason R. Hirsch (P58034)
Mahde Y. Abdallah (P80121)         **MORGANROTH & MORGANROTH,**
**BUSH SEYFERTH PLLC**             **PLLC**
100 West Big Beaver Road, Suite 400   344 N. Old Woodward Ave., Suite 200
Troy, MI 48084                     Birmingham, MI 48009
T/F: (248) 822-7800                (248) 864-4000
murray@bsplaw.com                  jmorganroth@morganrothlaw.com
mcdonald@bsplaw.com                jhirsch@morganrothlaw.com
abdallah@bsplaw.com

*Attorneys for America's Moneyline, Inc.*

A. Lane Morrison (P87427)
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com
*Attorneys for United Wholesale Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,<br><br>*Defendants*. | Case No. 2:22-cv-10228<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## **SECOND AMENDED SCHEDULING ORDER**

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that the Amended Scheduling Order [ECF No. 74] entered "for the parties to engage in fact and expert discovery on the remaining alter ego liability and fraudulent conveyance issues" is adjourned 30 days as set forth below, with all other requirements of the Order remaining the same:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | December 17, 2025 | January 16, 2026 |
| Defendant's Expert Disclosures | January 16, 2026 | February 16, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | January 23, 2026 | February 23, 2026 |
| Fact and Expert Discovery Completed | February 23, 2026 | March 25, 2026 |

**SO ORDERED.**

Date: December 1, 2025                     <u>s/Laurie J. Michelson</u>
                                                                            Hon. Laurie J. Michelson
                                                                            United States District Court Judge