## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

     *Plaintiff*,

v.

AMERICA'S MONEYLINE, INC.,
MORTGAGE MONEYLINE INC,
SHAWN NEVIN, and DEAN LOB,

     *Defendants*.

Case No. 2:22-cv-10228

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## STIPULATED THIRD AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that, in order for the parties to take fact depositions before the completion of expert disclosures and to accommodate the parties' and witnesses' deposition schedules and related travel in this matter and other similar matters,[1] the Second Amended Scheduling Order [ECF No. 75] entered "for the parties to engage in fact and expert discovery on the remaining alter ego liability and fraudulent conveyance issues" be adjourned approximately 60 days as set forth below, with all other requirements of the Order remaining the same:

---

[1] Fact depositions of Defendants' witnesses are planned to occur in California the week of February 16, 2026 and the Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff is planned to occur on March 12, 2026.

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | January 16, 2026 | March 16, 2026 |
| Defendant's Expert Disclosures | February 16, 2026 | April 16, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | February 23, 2026 | April 23, 2026 |
| Fact and Expert Discovery Completed | March 25, 2026 | May 26, 2026 |

Dated: January 12, 2025

Respectfully submitted,

*/s/ Mahde Y. Abdallah*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com

*/s/ Jason R. Hirsch (w/consent*)
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
**MORGANROTH & MORGANROTH, PLLC**
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com

*Attorneys for Defendants*

A. Lane Morrison (P87427)
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

     *Plaintiff*,

v.

AMERICA'S MONEYLINE, INC.,
MORTGAGE MONEYLINE INC,
SHAWN NEVIN, and DEAN LOB,

     *Defendants*.

Case No. 2:22-cv-10228

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## THIRD AMENDED SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that the Second Amended Scheduling Order [ECF No. 75] entered "for the parties to engage in fact and expert discovery on the remaining alter ego liability and fraudulent conveyance issues" is adjourned approximately 60 days as set forth below, with all other requirements of the Order remaining the same:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | January 16, 2026 | March 16, 2026 |
| Defendant's Expert Disclosures | February 16, 2026 | April 16, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | February 23, 2026 | April 23, 2026 |
| Fact and Expert Discovery Completed | March 25, 2026 | May 26, 2026 |

**SO ORDERED.**


Date: January 13, 2026               s/Laurie J. Michelson
                                     Hon. Laurie J. Michelson
                                     United States District Court Judge