# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC, a Michigan Limited Liability Company,

    Plaintiff,

  v.

Case No. 22-cv-10228
Hon. Laurie J. Michelson

AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE, INC., SHAWN NEVIN and DEAN LOB,

    Defendants.

_____/

## SUGGESTION OF BANKRUPTCY OF DEFENDANT, AMERICA'S MONEYLINE, INC.

Defendant, America's Moneyline, Inc. ("AML"), by and through its attorneys, Morganroth & Morganroth, PLLC, hereby suggests to the Court that on February 19, 2026, a petition for relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) was filed by AML in the United States Bankruptcy Court for the Central District of California, Case Number 8:26-bk-10496-MH.

1. **Automatic Stay**: Pursuant to 11 U.S.C. § 362, the filing of the petition acts as an automatic stay of the continuation of this action against AML.

2. **Stayed Action**: Consequently, this proceeding is stayed, and no further actions may be taken against AML or its property until the stay is lifted or modified by the Bankruptcy Court.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By: /s/ Jeffrey B. Morganroth
JEFFREY B. MORGANROTH (P41670)
JASON HIRSCH (P58034)
Attorneys for AML
344 North Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com

Dated: February 20, 2025

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification of such filing to all counsel of record.

        MORGANROTH & MORGANROTH, PLLC

        By: /s/ Jason R. Hirsch
        JEFFREY B. MORGANROTH (P41670)
        JASON HIRSCH (P58034)
        Attorneys for AML
        344 N. Old Woodward Ave., Suite 200
        Birmingham, MI 48009
        (248) 864-4000
        Email: jhirsch@morganrothlaw.com