Case 2:22-cv-10228-LJM-EAS   ECF No. 80, PageID.1825   Filed 03/24/26   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE,
LLC,

    Plaintiff,

v.

AMERICA'S MONEYLINE, INC.,

    Defendant.

Case No. 22-10228
Honorable Laurie J. Michelson

## ORDER STAYING PROCEEDINGS

The Court was advised that on February 19, 2026, Defendant America's Moneyline, Inc. filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California, Case No. 26-10496 (the "Bankruptcy Court"). (*See* ECF No. 79, PageID.1823.)

As a result, this case is stayed in its entirety pending further notice. The parties are directed to apprise the Court upon the conclusion of the proceedings in the Bankruptcy Court and to seek an appropriate order lifting the stay.

IT IS SO ORDERED.

Dated: March 24, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE