UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>        Plaintiff,<br><br> v.<br><br><br>AMERICA'S MONEYLINE, INC.<br><br>        Defendant. | Case No. 22-10228<br>Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE STATUS CONFERENCE

On May 6, 2026, at 12:30 p.m., the Court will hold a telephone status conference in this matter. To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for a **Conference ID, use: 690 222 861.** If possible, please refrain from participating in the conference on a cell phone.

Dated: April 17, 2026

s/Tina M. Damoah
Case Manager to
District Judge Laurie J. Michelson
(313) 234-5095