MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage, LLC

Plaintiff(s),                                          Case No. 22-10228

v.                                                         Judge  Laurie J. Michelson

America's Moneyline, Inc.                   Magistrate Judge  Elizabeth A. Stafford

Defendant(s).

_____/

**NOTICE OF CORRECTION**

Docket entry number ___83___, filed _____4/24/2026_____, has been modified.  The explanation for the correction

is stated below.

[✓] The docket entry was made on the wrong case.

[ ] The corresponding document image was missing or incomplete.

[ ] The wrong document image was associated.

[ ] The wrong judicial officer was listed on the case docket.

[ ] The filer information was inaccurate or omitted from the docket text.

[ ] The judicial officer information was inaccurate or omitted from the docket text.

[ ] The docket text was changed *to include the Partial Payment Order.*

[✓] Other:  Counsel contacted the court that notice inadvertenlty filed on incorrect case. Should be filed
          in 23-13176.

If you need further clarification or assistance, please contact ____s/Tina Damoah____ at __(313) 234-5095__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: _4/24/2026_____          s/Tina Damoah_____
                                                                     Deputy Clerk