# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

    *Plaintiff*,

v.

AMERICA'S MONEYLINE, INC.,
MORTGAGE MONEYLINE INC,
SHAWN NEVIN, and DEAN LOB,

    *Defendants*.

Case No. 2:22-cv-10228

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## STIPULATED FOURTH AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that, following the lift of the stay in this matter, and in order for the parties to take fact depositions before the completion of expert disclosures and to accommodate the parties' and witnesses' deposition schedules and related travel in this matter and other similar matters,[1] the Amended Scheduling Order [ECF No. 74], as amended by the Second and Third Amended Scheduling Orders [ECF Nos. 75, 78], entered "for the parties to engage in fact and expert discovery on the remaining alter ego liability and fraudulent conveyance issues" be adjourned as

---

[1] Fact depositions of Defendants' witnesses are planned to occur in California the weeks of July 27, 2026, and August 10, 2026. A deposition of Plaintiff's Fed. R. Civ. P. 30(b)(6) representative was proposed by Plaintiff for August 6, 2026.

follows, with all other requirements of the Amended Scheduling Order remaining the same:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | March 16, 2026 | September 18, 2026 |
| Defendants' Expert Disclosures | April 16, 2026 | October 19, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | April 23, 2026 | November 2, 2026 |
| Fact and Expert Discovery Completed | May 26, 2026 | December 4, 2026 |

Dated: June 4, 2026                                Respectfully submitted,

/s/ Mahde Y. Abdallah                          /s/ Michael D. Stein (w/consent)
Moheeb H. Murray (P63893)              Michael D. Stein (P71421)
William E. McDonald, III (P76709)    **THE LAW FIRM OF MICHAEL D.**
Mahde Y. Abdallah (P80121)             **STEIN, PLLC**
**BUSH SEYFERTH PLLC**                     31860 Northwestern Highway
100 West Big Beaver Road, Suite 400   Farmington Hills, MI 48334
Troy, MI 48084                                   (248) 249-3700
T/F: (248) 822-7800                           steinlawpllc@gmail.com
murray@bsplaw.com
mcdonald@bsplaw.com                      Jeffrey B. Morganroth (P41670)
abdallah@bsplaw.com                        Jason R. Hirsch (P58034)
                                                        **MORGANROTH & MORGANROTH,**
A. Lane Morrison (P87427)                **PLLC**
**BUSH SEYFERTH PLLC**                     344 N. Old Woodward Ave., Suite 200
5810 Wilson Road, Suite 125            Birmingham, MI 48009
Humble, TX 77396                           (248) 864-4000
T/F: (281) 930-6853                          jmorganroth@morganrothlaw.com
morrison@bsplaw.com                      jhirsch@morganrothlaw.com

*Attorneys for Plaintiff*                          *Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

     *Plaintiff*,

v.

AMERICA'S MONEYLINE, INC.,
MORTGAGE MONEYLINE INC,
SHAWN NEVIN, and DEAN LOB,

     *Defendants*.

Case No. 2:22-cv-10228

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## FOURTH AMENDED SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that the Amended Scheduling Order [ECF No. 74], as amended by the Second and Third Amended Scheduling Orders [ECF Nos. 75, 78], entered "for the parties to engage in fact and expert discovery on the remaining alter ego liability and fraudulent conveyance issues" be adjourned as follows, with all other requirements of the Amended Scheduling Order remaining the same:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures | March 16, 2026 | September 18, 2026 |
| Defendants' Expert Disclosures | April 16, 2026 | October 19, 2026 |
| Plaintiff's Rebuttal Expert Disclosures | April 23, 2026 | November 2, 2026 |
| Fact and Expert Discovery Completed | May 26, 2026 | December 4, 2026 |

**SO ORDERED.**

Date: June 4, 2026                    s/Laurie J. Michelson
                                      Hon. Laurie J. Michelson
                                      United States District Judge