# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC,

     *Plaintiff*,

v.

AMERICA'S MONEYLINE, INC., MORTGAGE MONEYLINE INC, SHAWN NEVIN, and DEAN LOB,

     *Defendants*.

Case No. 2:22-cv-10228

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that this action be dismissed without prejudice and without the award of costs or fees to any party.

Dated: July 23, 2026

*/s/ Mahde Y. Abdallah*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Michael D. Stein (w/consent*)
Michael D. Stein (P71421)
**THE LAW FIRM OF MICHAEL D. STEIN, PLLC**
31860 Northwestern Highway
Farmington Hills, MI 48334
(248) 249-3700
steinlawpllc@gmail.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED WHOLESALE MORTGAGE, LLC,

*Plaintiff*,

v.

AMERICA'S MONEYLINE, INC.,
MORTGAGE MONEYLINE INC,
SHAWN NEVIN, and DEAN LOB,

*Defendants*.

Case No. 2:22-cv-10228

Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that this action is dismissed without prejudice and without the award of costs or fees to any party.

**SO ORDERED.**

Dated: July 23, 2026

s/Laurie J. Michelson
Hon. Laurie J. Michelson
United States District Judge